### WOODMAN agt POOLE

Jonathan Woodman plaint. agᵗ John Poole Defendᵗ in an action of the case by forfiting a bond of arbitration in the penalty of One hundred pounds in mony bearing date the .24ᵗʰ day of Novembʳ

1675. under s^d Pooles hand & Seale with all other due damages according to attachm^t dat. x^br 13° 1675. . . . The Jury . . . founde for the Defend^t costs of Court. 6^s 6^d